**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:11-CR-197-JTM-PRC |
| | ) | |
| LUIS YANEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT LUIS YANEZ

TO:  THE HONORABLE JAMES T. MOODY,
     UNITED STATES DISTRICT COURT

Upon Defendant Luis Yanez's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on April 16, 2013, with the consent of Defendant Luis Yanez, counsel for Defendant Luis Yanez, and counsel for the United States of America.

The hearing on Defendant Luis Yanez's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Luis Yanez under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Luis Yanez,

I FIND as follows:

(1) that Defendant Luis Yanez understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Luis Yanez understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Luis Yanez understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Luis Yanez understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Luis Yanez has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Luis Yanez is competent to plead guilty;

(6) that Defendant Luis Yanez understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Luis Yanez's plea; and further,

I RECOMMEND that the Court accept Luis Yanez's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Luis Yanez be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Luis Yanez be adjudged guilty, a sentencing date before Senior Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 16th day of April, 2013.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable James T. Moody