# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No. 2:11 CR 197 |
| ) | |
| **LUIS YANEZ** ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILTY AND CONFIRMATION OF SENTENCING HEARING

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 84), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the plea of guilty of the offense charged in Count 1 of the Indictment is hereby accepted, and defendant is adjudged guilty of that offense. Defendant and his counsel shall appear before the undersigned for sentencing on Thursday, August 22, 2013, at 9:15 a.m.

Federal Rule of Criminal Procedure 32 and this court's General Order 2001-1 require that within 14 days following receipt of the pre-sentence report counsel communicate in writing with the probation officer and opposing counsel any objections as to any material information, criminal history, sentencing classification, guidelines sentencing range, and policy statements contained in or omitted from the pre-sentence report. Importantly, failure to object to the probation officer's conclusions regarding the applicability of § 3553(a) factors may be considered as an admission that defendant has no objections to that section of the pre-sentence report. Also, if there are no objections to the contents of the pre-sentence report, defendant must submit to the probation officer and opposing counsel a written

acknowledgment of having no objections. It appears that the parties have complied with these obligations.

Not less than seven (7) days before the sentencing hearing, defendant and the government were both required to submit sentencing memoranda which could contain requests for any particular sentence that is reasonable, including any government request for a lower sentence pursuant to §5K1.1 of the Guidelines Manual and/or Title 18 U.S.C. §3553(e), and also any and all other matters or circumstances thought relevant to determining an appropriate sentence for the defendant. These filings are mandatory because they are helpful to the court in determining an appropriate sentence for defendant and also because they eliminate any surprises at the sentencing hearing. It appears that the parties have complied with these obligations.

**SO ORDERED.**

Date: August 19, 2013

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT